# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Juan Franco-Orozco<br>DEFENDANT(S). | CASE NUMBER<br>2:16-MJ-00285<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant__ , IT IS ORDERED that a detention hearing is set for __04/21/16__ , _____ , at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__ , in Courtroom __4 - 3rd Floor__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 4-19-16

SHERI PYM
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)          Page 1 of 1